IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| FREDERICK J. UHLICK<br>190 Berkshire I<br>West Palm Beach, Florida 33417 | : |
| and | : |
| DOREEN UHLICK<br>190 Berkshire I<br>West Palm Beach, Florida 33417 | : |
| Plaintiffs | : |
| vs. | : Case No. |
| EMERGENCY MEDICINE<br>ASSOCIATES, P.A., P.C.<br>20010 Century Boulevard, Suite 200<br>Germantown, Maryland 20874 | : |
| <u>Serve:</u><br>Jacqueline M. Pollock<br>Chief Executive Officer<br>20010 Century Boulevard, Suite 200<br>Germantown, Maryland 20874 | : |
| Defendant | : |

## COMPLAINT FOR MEDICAL MALPRACTICE

Come now the Plaintiffs, Frederick J. Uhlick and Doreen Uhlick, by and through their attorneys, McCarthy & Winkelman, L.L.P., and Kevin J. McCarthy, and file this Complaint against the Defendant Emergency Medicine Associates, P.A., P.C., and for cause, state:

McCARTHY
&
WINKELMAN
L.L.P.
4300 FORBES BOULEVARD
SUITE 205
LANHAM, MD 20706
PHONE 301-262-7422
FAX 301-262-0562

## The Parties

1. That the Plaintiff, Frederick J. Uhlick, at all times pertinent to this case, has been a resident of the State of Florida, residing at 190 Berkshire I, West Palm Beach, Florida 33417.

2. That the Plaintiff, Doreen Uhlick, at all times pertinent to this case, has been a resident of the State of Florida, residing at 190 Berkshire I, West Palm Beach, Florida 33417.

3. That the Defendant, Emergency Medicine Associates, P.A., P.C., is a professional corporation which contracts with various hospitals throughout the United States, including the State of Maryland, to staff emergency rooms of those institutions with licensed professional doctors.

4. That at the time of this incident, the Defendant Emergency Medicine Associates, P.A., P.C. had a contract to provide Emergency Room care at Calvert Memorial Hospital.

## Jurisdiction and Venue

5. That this is an action for personal injuries suffered by the Plaintiffs as a result of the breach of the standard of care and/or negligence by the Defendant and its agents, servants and employees in caring for the Plaintiff resulting or causing numerous injuries, including, but not limited to, permanent nerve damage in Plaintiff's leg eliminating and/or limiting Plaintiff's ability to ambulate.

McCARTHY
&
WINKELMAN
L.L.P.
4300 FORBES BOULEVARD
SUITE 205
LANHAM, MD 20706
PHONE 301-262-7422
FAX 301-262-0562

6. That the incident occurred in Calvert County, Maryland.

7. That the Plaintiffs are residents of the State of Florida.

8. That the Defendant is a non-resident P.A., P.C., doing business in Calvert County, Maryland, where the incident occurred.

9. That there is a complete diversity of citizenship between the parties, and the amount in controversy exceeds Seventy-Five Thousand ($75,000) Dollars. Accordingly, there is jurisdiction in this Court under 28 U.S.C. 1332.

## Count I

10. That prior to August 13, 2013, the Plaintiff Frederick J. Uhlick had suffered various cardiac problems, including arterial fibrillation. In connection with these symptoms prior to 2013, the Plaintiff Frederick J. Uhlick underwent surgery in Florida, including cardiac bypass to repair his mitral valve and surgical closing of his atrial appendage.

11. That after this surgery in Florida, the Plaintiff returned to an active and unrestricted lifestyle.

12. That on or about August 13, 2013, the Plaintiff Frederick Uhlick began suffering from symptoms consistent with a TIA and was taken to the Emergency Room at Calvert Memorial Hospital in Calvert County, Maryland. After examination in the Emergency Room, he was admitted to the hospital. While in the hospital, a cardiology consult was called for by the physician in the Emergency Room. In connection with this, the Plaintiff Frederick Uhlick was placed on Heparin by IV and treatment with Coumadin.

McCARTHY
&
WINKELMAN
L.L.P.
4300 FORBES BOULEVARD
SUITE 205
LANHAM, MD 20706
PHONE 301-262-7422
FAX 301-262-0562

13. The Plaintiff Frederick Uhlick remained in Calvert Memorial Hospital until August 15, 2013, when he was discharged with instructions to continue on Coumadin.

14. While in the hospital, the Plaintiff Frederick Uhlick had injured his arm on a hook inside the bathroom door in his room and had been given a bandage for this but no other treatment.

15. On discharge, the Plaintiff's arm was swollen and discolored and his belly was also distended. The next day after developing severe pains in his right leg, he was taken by his wife back to the Emergency Room at Calvert Memorial Hospital complaining of severe pains (like "Charley Horse" pains) in the front of his right leg. No blood tests were done at that time to check his Hematocrit or INR. Instead, he was diagnosed with sciatica, given Valium and Percocet and discharged.

16. The next day, August 17, 2013, he again was back in the Emergency Room complaining of right leg pain. At that time, a Hematocrit was obtained which showed that his Hematocrit had dropped significantly from what it had been when he was an in-patient. He was given an IV with Dilaudid, continued on Coumadin, and released!!

17. The Plaintiff was readmitted to the Emergency Room after being transported there by an EMS unit on August 19, 2013. After several hours, a CT scan was obtained in the Emergency Room and it was determined that he had numerous bleeds. Lovenox and Coumadin were immediately stopped. When his condition continued to deteriorate,

McCARTHY
&
WINKELMAN
L.L.P.
4300 FORBES BOULEVARD
SUITE 205
LANHAM, MD 20706
PHONE 301-262-7422
FAX 301-262-0562

including the fact that renal failure was now noted, arrangements were made to transfer the Plaintiff to Washington Hospital Center.

18. That on August 20, 2013, the Plaintiff was transferred to Washington Hospital Center where he was immediately admitted as an in-patient in ICU and heroic measures were begun to save his life which at that time had been severely compromised.

19. That after heroic efforts by the staff at the Washington Hospital Center, the Plaintiff's health improved to the point where he was out of jeopardy of immediately expiring but permanent nerve damage had occurred that could not be reversed in spite of the efforts at Washington Hospital Center.

20. That the Plaintiff was then transferred to National Rehabilitation Hospital where efforts were made to rehabilitate his right leg.

21. That the Plaintiff is still undergoing treatment and physical therapy at this time since he has returned home to Florida but still suffers severe permanent disability because of the damage to the nerve in his right leg requiring him to use a walker at all times. That these injuries are permanent and will require medical care and attention for the rest of his life.

22. That in addition, the Plaintiff has suffered pain and mental anguish because of his injury to his nerve and has been forced to expend large sums for medical care and treatment and will be forced in the future to expend additional sums for his medical care and treatment.

McCARTHY
&
WINKELMAN
L.L.P.
4300 FORBES BOULEVARD
SUITE 205
LANHAM, MD 20706
PHONE 301-262-7422
FAX 301-262-0562

23. That the agents, servants and employees of the Defendant Emergency Medicine Associates, P.A., P.C. failed on the Plaintiff's initial hospitalization and subsequent visits to properly diagnose, treat and/or properly test the Plaintiff for bleeding complications before discharge and when he returned for the complaints of pain in his right leg. When they did eventually test him for bleeding complications, the Defendant and its agents, servants and employees failed to take any steps to cease administration of the drugs that were causing his problems until literally his kidney failed.

24. That as a result of multiple breaches of the standard of care, the Plaintiff Frederick Uhlick was forced to suffer pain and suffering and economic loss and has been left with a severe, permanent disability which eliminates ambulation without the need of a walker and makes him a candidate for additional injury because of the injury that has been done to his right leg.

25. That the Plaintiff has also incurred, and will continue to incur, significant medical expenses for the remainder of his life.

26. That all of these injuries and losses the Plaintiff has suffered were caused or contributed to by the breach of the standard of care by the Defendant Emergency Medicine Associates, P.A., P.C., through its agents, servants and employees.

27. That the Plaintiff Frederick Uhlick has satisfied all conditions precedent to the filing of this claim, including, but not limited to, notice under any statute, exhaustion

McCARTHY
&
WINKELMAN
L.L.P.
4300 FORBES BOULEVARD
SUITE 205
LANHAM, MD 20706
PHONE 301-262-7422
FAX 301-262-0562

of any administrative processes and satisfaction of any requirement of any type prior to this filing of this Complaint.

28. That venue is proper in the United States District Court for the Southern District of Maryland.

29. That the amount in controversy exceeds the jurisdictional limit of Thirty Thousand ($30,000.00) Dollars for health care matters and the jurisdictional limits for cases in the United States District Court for the Southern District of Maryland.

WHEREFORE, the Plaintiff Frederick Uhlick brings this action against the Defendant Emergency Medicine Associates, P.A., P.C., and claims an amount in excess of jurisdictional limits for health care cases of Thirty Thousand ($30,000.00) Dollars and in excess of the jurisdictional limits for filing of cases in the United States District Court for the Southern District of Maryland.

### Count II

The Plaintiffs incorporate by reference all those allegations of fact in the preceding paragraphs, and in addition, state:

30. That at the time of this incident, the Plaintiffs were husband and wife.

31. That as a result of the breach of the standard of care by the Defendant as stated above, they suffered a loss of companionship, affection, assistance, and loss and/or impairment of sexual relations.

McCARTHY
&
WINKELMAN
L.L.P.
4300 FORBES BOULEVARD
SUITE 205
LANHAM, MD 20706
PHONE 301-262-7422
FAX 301-262-0562

WHEREFORE, the Plaintiffs, Frederick Uhlick and Doreen Uhlick, bring this action against the Defendant Emergency Medicine Associates, P.A., P.C., and claim an amount in excess of the jurisdictional limits for health care cases of Thirty Thousand ($30,000.00) Dollars and in excess of the jurisdictional limits for filing of cases in the United States District Court for the Southern District of Maryland.

McCARTHY & WINKELMAN, L.L.P.

By: _____
Kevin J. McCarthy
4300 Forbes Boulevard, Suite 205
Lanham, Maryland 20706-4314
301-262-7422
301-262-0562 (fax)
kmccarthy@mccarthywinkelman.com
*Attorneys for Plaintiffs*

### RULE 1-322.1 CERTIFICATE

I hereby certify that I have complied with Rule 1-322.1, regarding the exclusion of personal identifier information in court filings.

_____
Kevin J. McCarthy

### REQUEST FOR JURY TRIAL

The Plaintiffs herein demand a trial by jury as to all issues contained herein.

_____
Kevin J. McCarthy

McCARTHY
&
WINKELMAN
L.L.P.
4300 FORBES BOULEVARD
SUITE 205
LANHAM, MD 20706
PHONE 301-262-7422
FAX 301-262-0562