# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Frederick J. Uhlick, et al.
    **Plaintiff**

v.

Emergency Medicine Associates, P.A., P.C.
    **Defendant**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2016 APR 12  P 12: 02

CLERK'S OFFICE
AT GREENBELT

BY ____ DEPUTY

Case No. GJH-14-2251

## ORDER OF JUDGMENT

The jury having returned a verdict in favor of the Defendant against the Plaintiff, it is this day of ___April 11___, 20__16__,

**ORDERED**,

1. Judgment is entered in favor of Defendant against Plaintiff, and

2. Any and all prior rulings made by the Court disposing of any claims against any parties are incorporated by reference herein, and this Order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58.

_____
George J. Hazel
United States District Judge

Order of Judgment (in favor of Defendant) (Rev. 12/2000)